OPINION — AG — ** BLANKET BOND — UNIVERSITIES ** (1) 74 O.S. 85.26 [74-85.26] — 74 O.S. 85.31 [74-85.31], DOES 'NOT' AUTHORIZE THE PURCHASE OF AN ADDITIONAL SURETY BOND TO SUPPLEMENT THE BLANKET BOND CONTEMPLATED UNDER 74 O.S. 85.29 [74-85.29] (2) 74 O.S. 85.31 [74-85.31], EXPRESSLY TRANSFER AND CONFERS UPON THE CENTRAL PURCHASING DIVISION OF THE STATE BOARD OF PUBLIC AFFAIRS THE AUTHORITY TO PURCHASE SURETY AND BLANKET BONDS. (INSURANCE, CONTRACTS, BIDS, CENTRAL PURCHASING, AUTHORITY) CITE: 74 O.S. 85.26 [74-85.26], 74 O.S. 85.27 [74-85.27] [74-85.27], 74 O.S. 85.28 [74-85.28], 74 O.S. 85.29 [74-85.29] [74-85.29], 74 O.S. 85.30 [74-85.30], 74 O.S. 85.30 [74-85.30] [74-85.30], 74 O.S. 85.31 [74-85.31] (JOHN PAUL JOHNSON)